AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Kansas

| | |
|---|---|
| United States of America<br>v.<br><br><br><br><br>JARRED G. GILLIAM<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   26-mj-08131-ADM

**RECEIVED**
By US Marshals Service at 3:20 pm, Jun 05, 2026

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JARRED G. GILLIAM                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment       ❑ Superseding Indictment       ❑ Information       ❑ Superseding Information       ☑ Complaint

❑ Probation Violation Petition       ❑ Supervised Release Violation Petition       ❑ Violation Notice       ❑ Order of the Court

This offense is briefly described as follows:

26 U.S.C. §§ 5861(d) - unlawful possession of an unregistered firearm

Date:      06/05/2026

_____
*Issuing officer's signature*

City and state:      Kansas City, Kansas

Angel D. Mitchell, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  6/8/2026 , and the person was arrested on *(date)*  6/8/2026
at *(city and state)*  Kansas City, Kansas .

Date:  6/8/2026

_____
*Arresting officer's signature*

Jrhic Newmen, Special Agent FBI
*Printed name and title*