**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**<u>PRETRIAL PROCEEDINGS</u>**

**UNITED STATES OF AMERICA,**                                        **David Zabel, AUSA**

                              **Plaintiff,**

**v.**                                                      **Case No:   26-mj-8131-ADM-1**

**JARRED G. GILLIAM,**                                        **Bailey Kennedy, AFPD**

                    **Defendant.**

| JUDGE: | Judge Wieland | DATE: | 6/8/2026 |
|---|---|---|---|
| CLERK: | VaMeshia Perry | TAPE/REPORTER: | FTR/JBW  1:47 pm |
| INTERPRETER: | N/A | PROBATION: | Samantha Bullock |

**<u>PROCEEDINGS</u>**

☒**Initial Rule 5/Rule 5(c)(3)  -   17       minutes**    ☐Initial Revocation Hearing      ☐Bond Hearing
☐Detention Hearing              ☐Preliminary Hearing         ☐Bond Revocation Hearing
☐Arraignment
☐Discovery Conference

☒**Charges and penalties explained to defendant**          ☒**Defendant sworn/examined re: financial status (voucher)**
                                               ☒**Counsel appointed – Bailey Kennedy, AFPD**

☒**Constitutional Rights Explained**
☒**Felony**          ☐Misdemeanor
☐Declines to Waive Indictment               ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment                ☐Information filed Click here to enter text.
☐Advised of Rights Under Rule _____
☐Signed Consent to Transfer _____

☐ **Waived Reading of:**         ☒ **Read to Defendant:**
                    ☒ **Complaint**
                    ☐ **Information**
                    ☒ **Number of Counts:  1**
☒**Remanded to Custody pending detention hearing.**
☒**Oral Motion by Government for detention of defendant.**
☒**Oral Motion by Defendant for continuance of detention hearing- Granted**
☒**Detention and Preliminary hearings set for June 9, 2026 at 1:30 p.m. in courtroom 236 before Judge Wieland.**
☒**Due Process Protections Act (Brady v. Maryland)**

☒**OTHER:    Defendant appears in person, in custody, and the Court appoints Bailey Kennedy to represent Defendant. The Court advises if Defendant is not a U.S. citizen, Defendant has the right to have a consular representative contacted on his behalf. Defense counsel states that this is not applicable. Defendant invokes his right to a preliminary hearing. The Government moves for a detention hearing under 18 USC 3142(f)(1)(E). Defendant does not oppose the setting of a detention hearing. The Government's oral motion is granted. Defendant moves for a continuance of the detention hearing to take place on the same date as the preliminary hearing. Defendant's oral motion is granted. Detention/Preliminary hearings set for June 9, 2026 at 1:30pm before Judge Wieland. Defendant is remanded to the custody of the U.S. Marshal Service.**