**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     **Plaintiff,** | **David Zabel obo Scott Rask, AUSA** |
| **v.** | **Case No: 26-mj-8131-ADM-1** |
| **JARRED G. GILLIAM,** | **Bailey Kennedy, AFPD** |
|      **Defendant.** | |

| JUDGE: | Judge Wieland | DATE: | 6/9/2026 |
|---|---|---|---|
| CLERK: | VaMeshia Perry | TAPE/REPORTER: | FTR/JBW 1:32pm |
| INTERPRETER: | N/A | PROBATION: | Samantha Bullock |

**PROCEEDINGS**

☒ **Pretrial Conference - 5     minutes**     ☐ Preliminary Hearing -      minutes
☐ Pretrial Release Revocation Hearing (for Clerk's office docketing purposes – Bond Revocation).
☐Bail Revoked
☐Release Order executed
☐Continued on Release
☒ **Oral motion by Defendant to continue detention and preliminary hearings - Granted.**
☒**Remanded to Custody**
☒ **Status conference July 6, 2026 at 1:30p.m. in courtroom 236 before Judge Wieland.**
☒ **Detention and Preliminary hearing set for July 21, 2026 in courtroom 236 before Judge Wieland.**


☒**OTHER:   Defendant appears in person, in custody, with appointed counsel Bailey Kennedy. Defendant moves for a continuance of the preliminary hearing of approximately 6 weeks. The Government does not object. After hearing argument, the Court finds there is good cause to continue the preliminary hearing to July 21, 2026. Defendant moves for a continuance of the detention hearing to the same date. The Government does not object. For the same reasons, the Court finds there is good cause to continue the detention hearing to July 21, 2026. The preliminary and detention hearings are set for July 21, 2026 at 1:30 p.m. before Judge Wieland. For the reasons stated on the record, the Court also sets a status conference for July 6, 2026 at 1:30p.m. before Judge Wieland. Defendant is remanded to the custody of the U.S. Marshal Service.**